UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR D. TOWNSEND,<br><br>  Plaintiff,<br><br>  v.<br><br>M. RENDON, et al.,<br><br>  Defendants. | No.: 1:21-cv-01120-NONE-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 11) |

Plaintiff Arthur D. Townsend is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 23, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this action proceed against defendant M. Rendon for retaliation and excessive force and all other claims and defendants be dismissed from the action for failure to state a cognizable claim.  (Doc. No. 11.)  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service.  (*Id.* at 2.)  No objections were filed and the time to do so has now passed.

///

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on September 9, 2021 (Doc. No. 11) are adopted in full;
2. This action proceeds only on plaintiff's retaliation and excessive force claims against defendant M. Rendon;
3. All other claims and defendants are dismissed from this action; and
4. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **October 5, 2021**              *Dale A. Drozd*
                                                         UNITED STATES DISTRICT JUDGE

2