UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR D. TOWNSEND, JR., | No. 1:21-cv-01120-ADA-SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | |
| M. RENDON, | (ECF Nos. 19, 23) |
| Defendant. | |

Plaintiff Arthur D. Townsend ("Plaintiff") is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 23, 2022, the assigned Magistrate Judge issued findings and recommendations recommending that Defendant's motion to revoke Plaintiff's *in forma pauperis* status as a prisoner be granted. (ECF No. 23.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen days from the date of service. (*Id.* at 5.) On March 11, 2022, Plaintiff filed an untimely reply to Defendants' motion. (ECF No. 24.) Therein, Plaintiff fails to provide his "supplemental application to proceed *in forma pauperis* by a non-prisoner which documents his current post-release income, assets, and expenses." (*See* ECF No. 23 at 4.) Plaintiff must file an application to proceed *in forma pauperis* by a non-prisoner or pay the entire filing fee to proceed with his case. (*Id.*)

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on March 23, 2022, (ECF No. 23), are adopted in full;

2. Within twenty days from the date of service of this order, Plaintiff shall either pay the filing fee in full or submit a complete application to proceed *in forma pauperis*;

3. The Clerk of Court is directed to send Plaintiff an application to proceed *in forma pauperis* by a non-prisoner; and

4. Failure to comply with this order will result in dismissal of the action.

IT IS SO ORDERED.

Dated:   July 13, 2023

UNITED STATES DISTRICT JUDGE

2