UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR D. TOWNSEND,<br><br>           Plaintiff,<br><br>     v.<br><br>M. RENDON, et al.,<br><br>           Defendants. | No. 1:21-cv-01120-ADA-SAB (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH COURT ORDER AND FAILURE TO PAY FILING FEE<br><br>(ECF No. 26) |

Plaintiff is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. On July 13, 2023, the Court ordered Plaintiff either to pay the filing fee in full or to submit an application to proceed in forma pauperis within twenty days. (ECF No. 26 at 2.) To date, Plaintiff has not paid the filing fee or otherwise communicated with the Court, and the deadline to do so has expired.[1]

///

///

///

---

[1] On July 26, 2023, the Court's order was returned as "Undeliverable, Attempted – Not Known." (*See* docket.) Pro se parties are "under a continuing duty to notify the Clerk and all other parties of any change of address." E.D. Cal. R. 182(f). "Absent such notice, service of documents at the prior address of the . . . pro se party shall be fully effective." *Id.* If mail is returned to the Court as undeliverable, and the pro se party fails to notify the Court of an address change within sixty-three days, "the Court may dismiss the action without prejudice for failure to prosecute." *Id.* 183(b).

1

Accordingly,

1. This action is dismissed without prejudice; and

2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    October 25, 2023

UNITED STATES DISTRICT JUDGE

2